UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00238 JAD-VCF |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE |
| MICHAEL TAYLOR, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Cristina Silva, Assistant United States Attorney, Counsel for the United States of America, and Randall J. Roske, Esq., counsel for Mr. Michael Taylor, Defendant, that his travel restrictions to allow him to travel for employment purposes to the State of Nevada and California, with advance notice to his supervising Pre-trial Service officer and or Probation Officer.

This stipulation is entered into for the following reasons:

1. That the Defendant has a Commercial Driver's License, and is employed by All Pro Hydrojetting & Pumping, LLC.

2. That Mr. Taylor's employer has customers in Nevada and California who require the companies services.

3. That the travel out of the District of Arizona, to Nevada and California will be an ongoing need for Mr. Taylor's employer.

4. That the parties stipulate that the proposed modification of conditions of travel on his Personal Recognizance Bond be made in the light of the foregoing, and because the Office of Pre-Trial Services does not oppose said request.

DATED this 31st day of March, 2015

DANIEL BOGDEN
United States Attorney

_____/s/_____
Randall J. Roske
Counsel for Defendant
Michael Taylor

_____/s/_____
Cristina Silva
Assistant United States Attorney
Counsel for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL TAYLOR,<br><br>            Defendant. | CASE NO:     2:13-cr-00238 JAD-VCF |

**ORDER MODIFYING TRAVEL RESTRICTIONS**

Based upon the pending stipulation of counsel, and good cause appearing therefore, the Court makes the following Order:

IT IS HEREBY ORDERED  that the conditions of release for the Defendant Michael Taylor are modified to allow him to travel to the District of Nevada, and the State of California, for employment purposes, provided that he advises his supervising officer of said travel in advance. All other conditions of his Order releasing him on his personal recognizance shall remain if full force and effect.

DATED this   1st day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE