DANIEL G. BOGDEN
United States Attorney
District of Nevada
CRISTINA D. SILVA
Nevada Bar No. 13760
ANDREW W. DUNCAN
Assistant United States Attorneys
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Cristina.silva@usdoj.gov
Andrew.duncan@usdoj.gov
Attorneys for Plaintiff, United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00238-JAD-VCF |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING (*First Request*) |
| vs. | |
| MICHAEL TAYLOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Cristina D. Silva and Andrew W. Duncan, Assistant United States Attorneys, counsel for the United States of America, and Randall Roske, Esq., counsel for defendant MICHAEL TAYLOR, that sentencing in the above-captioned matter which was originally scheduled to commence on December 5, 2016, be continued at least 45 days, to a date and time convenient to the Court.

This Stipulation is entered into for the following reason:

1.  Counsel for the United States is spoke to an officer from the United States Probation Office who advised he had not received a copy of Defendant's

1  Objections to the Pre-Sentence Report. The Officer became aware of the Objections
2  by checking PACER. Additional time is needed for the United States Probation Office
3  to respond to the Objections, and for the parties and the Court to review that
4  response prior to sentencing.

     2.    The parties agree to the continuance.

     3.    The defendant is in custody, but does not object to the continuance.

     4.    This is the <u>first</u> request to continue the sentencing.

DATED this 5th day of December, 2016.

                                         DANIEL G. BOGDEN
                                         United States Attorney

   /s/                                    /s/
RANDALL ROSKE, ESQ.               CRISTINA D. SILVA
Counsel for Defendant TAYLOR     Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00238-JAD-VCF |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL TAYLOR, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued to January 18, 2017 at 9:00 a.m.

DATED this 6th day of December, 2016.

_____
The Honorable Jennifer A. Dorsey
UNITED STATES DISTRICT JUDGE