Randall Roske, Esq.
Nevada Bar #001456
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
Phone: 702-793-4211
Email: randallroske@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00238 JAD-VCF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING DATE |
| | (second request) |
| MICHAEL TAYLOR | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Cristina Silva, Assistant United States Attorney, Counsel for the United States of America, and Randall Roske, Esquire, counsel for Defendant, Michael Taylor, that the Sentencing set for January 18, 2017 at 9:00 AM, be vacated and continued to a date and time convenient to the Court, preferably on February 21, 2017 at 9:00 AM.

This stipulation is entered into for the following reasons:

1. Defendant Taylor was examined by Dr. Kinsora, a neuropsychologist who provided a report for the Court. He has been requested to appear at the Sentencing for Mr. Taylor. However, he will not be in Las Vegas on January 18, 2017. Therefore, attorney Roske asks that the date be continued so that Dr. Kinsora can appear at the sentencing.

2. U.S. Attorney, Cristina Silva, has also asked for a continuance. She, along with US Attorney Duncan, is in a six-week trial in another case on January 18, 2017 and so also needs a continuance for the Taylor sentencing.

3. Both parties stipulate that the proposed continuance of the sentencing date is necessary in this case and request the consideration of the Court to continue the sentencing to February 21, 2017, a date convenient to all parties and the Court.

DATED this 12 day of January, 2017.

Respectfully submitted,

_____/s/_____  
Cristina Silva AUSA  
**Counsel for the USA**

_____/s/_____  
Randall Roske  
Counsel for Defendant  
**Michael Taylor**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br><br>MICHAEL TAYLOR<br><br>           Defendants | CASE NO:     2:13-cr-00238 JAD-VCF |

**ORDER**

Based upon the Stipulation of the parties and good cause appearing hereto,

IT IS HEREBY ORDERED  that the sentencing currently scheduled for January 18, 2017  at the hour of  9:00 a.m. be vacated and the same be continued to February 21, 2017 at the hour of 9:00 a.m.

DATED this 13th day of January, 2017.

_____
DISTRICT COURT JUDGE