DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087
andrew.duncan@usdoj.gov
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00238-JAD-VCF |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| MICHAEL TAYLOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney; and Cristina Silva and Andrew W. Duncan, Assistant United States Attorneys, counsel for the United States of America, and Randall Roske, Esq., counsel for defendant MICHAEL TAYLOR, that defendant's sentencing, currently scheduled for February 21, 2017 at 9:00 am be continued for to a date and time in April of 2017 for the following reasons:

1. Counsel for the Government is in trial in *United States v. Wetselaar, et al.*, 2:11-cr-00347-KJD. Trial is expected to last approximately 3-4 more weeks.

2. Counsel for the Defendant has no objection to a continuance.

3. The defendant is in custody and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as counsel for the Government is unavailable.

DATED this 17th day of February, 2017.

                                DANIEL G. BOGDEN
                                United States Attorney

                                /s/
                                CRISTINA D. SILVA
                                ANDREW W. DUNCAN
                                Assistant United States Attorneys

                                /s/
                                RANDALL ROSKE, ESQ.
                                Counsel for Defendant Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,           )           2:13-cr-00238-JAD-VCF
                                    )   Case No.: ~~2:14-cr-00086-JCM-PAL~~
            Plaintiff,              )
                                    )   **ORDER**
    vs.                             )
            MICHAEL TAYLOR          )
~~ALEX STARBUCK SNAGGLERS~~,        )
                                    )
            Defendant.              )
_____

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government is in trial in *United States v. Wetselaar, et al.*, 2:11-cr-00347-KJD. Trial is expected to last approximately 3-4 more weeks.

2. Counsel for the Defendant has no objection to a continuance.

3. The defendant is in custody and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as counsel for the Government is unavailable.

For all of the above-stated reasons, the end of justice would best be served if Defendant's sentencing was rescheduled.

…

…

…

1

<u>ORDER</u>

IT IS FURTHER ORDERED that defendant's sentencing currently scheduled for February ~~17~~ 21, 2017 at 9:00 a.m. be vacated and continued to April 4, 2017 at the hour of 9:00 a.m.

DATED this 17th day of February, 2017.

_____
HONORABLE JENNIFER A. DORSEY
United States District Court Judge